# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT KELLY CARTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Docket No. 2:13-cr-196-NT |
| ) | Docket No. 2:15-cv-186-NT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 19, 2019 his Recommended Decision (ECF No. 98). The Petitioner filed his Objection to the Recommended Decision (ECF No. 99) on February 27, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. Further, I **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right

within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED**.

/s/ Nancy Torresen
United States District Judge

Dated this 22nd day of March, 2019.